1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12 | REINA I. RIVERA,                               CASE NO. 09-2761 AGR

13 |                          Plaintiff,          **JUDGMENT**

14 |            vs.

15 | MICHAEL J. ASTRUE, Commissioner of
    | Social Security Administration,

16 |

17 |                          Defendant.

18

19            IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and

20   that this action is remanded to the Commissioner for further proceedings consistent

21   with the Memorandum Opinion and Order.

22

23

24   DATED: July 15, 2010            _____

25                                    ALICIA G. ROSENBERG
                                      UNITED STATES MAGISTRATE JUDGE
26
27
28